IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| ANDREW DAVID GOLIE,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS MALCOMB, PAUL LUCIER, DENISE DEYOTTE, and DR. EDWARDS,<br><br>Defendants. | CV 14-10-H-DLC-JTJ<br><br>ORDER |

United States Magistrate Judge John T. Johnston entered an order, findings, and recommendations in this case on October 5, 2015, denying Plaintiff Andrew David Golie's ("Golie") motions for appointment of counsel and extension of the discovery deadline, and recommending denial of his motion for temporary injunction and motion to add claims. Golie did not object to the order or to the findings and recommendations, and so waived the right to *de novo* review of the latter. 28 U.S.C. § 636(b)(1)(C). This Court reviews for clear error those findings and recommendations to which no party objects. *See McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Clear error exists if the Court is left with a

"definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000) (citations omitted).

Having reviewed the findings and recommendations, the Court finds no clear error in Judge Johnston's conclusions that Golie's motion for injunction relates to issues beyond this matter, and that Golie's motion to amend is both untimely and noncompliant with local and federal rules.

Accordingly, IT IS ORDERED that Judge Johnston's findings and recommendations (Doc. 27) are ADOPTED IN FULL. Golie's motion for temporary injunction and motion to add claims (Doc. 25) are DENIED.

DATED this 17th day of December, 2015.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court